MELINDA HAAG  (CABN 132612)
United States Attorney
THOMAS MOORE (ALBN 4305-O78T)
Assistant United States Attorney
 9th floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Telephone: (415) 436-7017

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | NO.  CR-11-0157 SBA |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | |
| WILLIAM HIRST, | ) | STIPULATION TO ENLARGE TIME TO FILE REPLY BRIEF AND  ORDER THEREON |
| Defendant. | ) | |

The United States of America and the defendant William Hirst, through the undersigned counsel, stipulate and agree that William Hirst's reply brief in support of his motion for discovery will be filed on or before August 29, 2011 for hearing on September 19, 2011.

This enlargement of time is necessary to allow William Hirst adequate time to respond to the United States' opposition which was not timely filed by the United States due to a calendaring error.

MELINDA HAAG
United States Attorney

  /s/                                                          /s/
MARTIN A.  SCHAINBAUM                THOMAS MOORE
Attorney of William Hirst                      Assistant United States Attorney
                                                              Attorneys for Plaintiff

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 8/16/11

_Saundra B Armstrong_
UNITED STATES DISTRICT JUDGE