UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>WILLIAM HIRST,<br><br>    Defendant. | Case No:  CR 11-00157 SBA<br><br>**ORDER CONTINUING STATUS/ TRIAL SETTING CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT**<br><br>Dkt. 24 |

    Pursuant to the parties' stipulation to exclude time and to schedule this matter for a status conference for January 24, 2012, and finding good cause based on the reasons provided in the stipulation of the parties above,

    IT IS HEREBY ORDERED THAT:

    1.    Pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), time is excluded under the Speedy Trial Act from November 17, 2011 to January 24, 2012.  The Court finds that the ends of justice served by the continuance requested herein outweigh the best interests of the public and the defendant in a speedy trial because the failure to grant such a continuance would unreasonably deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    2.    The status/trial setting conference scheduled for November 15, 2011 is CONTINUED to **January 24, 2012 at 10:00 a.m.**  Defendant William Hirst is ordered to personally appear in this Court on that date and time, absent a prior waiver of appearance.

3. The hearing on defendant's motion for discovery scheduled for November 15, 2011, is VACATED. The Court will rule on said motion based on the papers submitted.

IT IS SO ORDERED.

Dated: November 17, 2011

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge