1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  THOMAS MOORE (ALBN 4305-O78T)
   Assistant United States Attorney
5  Chief, Tax Division
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7017
7       Facsimile:  (415) 436-7009

8  Attorneys for United States

9                  UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                      OAKLAND DIVISION

12  UNITED STATES OF AMERICA,        )   No. CR 11-0157 SBA
                                     )
13          Plaintiff,               )
                                     )   STIPULATION AND
14      v.                           )   PROTECTIVE ORDER
                                     )
15  WILLIAM A. HIRST,                )
                                     )
16          Defendant.               )
    _____)

17

18          Plaintiff, United States of America and defendant, William A. Hirst, by and through their

19  undersigned counsel, stipulate and agree as follows:

20          1.      Except when being actively examined for the purpose of the preparation of the

21  defense in this matter, the documents and materials containing personal identifying information,

22  private financial information, private tax information of the Estate of C.D.A., and information

23  contained in government employee personnel files produced by the government to defense

24  counsel ("private documents"), shall be maintained in a manner such that they are accessible

25  only to the defendant, defense counsel, employees of his law firm who are working with them to

26  prepare the defense, and their investigators.  Defense counsel, members of his law firm, the

27  defendant, and the investigators shall not permit any person access of any kind to the private tax

28  information documents or government employee personnel file information or disclose in any

manner the personal identifying and private financial and tax information of the Estate of C.D.A.

or government employee personnel file information except as set forth below.

       2.     The following individuals may examine the documents and information related to

the personal identifying, private financial and tax information of the Estate of C.D.A. and

government employee personnel file for the purpose of preparing or assisting in the preparation

of the defense in this matter:

      a)     Counsel for the defendant;

      b)     Employees of counsel for the defendant who are assisting with the preparation of the defense;

      c)     The defendant;

      d)     Third-party fact witnesses, but only in the presence of defense counsel or another authorized person listed in this paragraph;

      e)     Investigators and experts retained by the defendant or his counsel to assist in the defense of this matter;

      d)     Any ancillary individuals or entities defense counsel employs to assist in the preparation of the defense, including third-party vendors utilized for reproduction of materials to be solely used in the defense of this matter.

If defense counsel determines that additional persons are needed to review the material, they

must obtain a further order of the Court before allowing any other individual to review the

material.

       3.     A copy of this order shall be maintained with the documents at all times.

       4.     All individuals other than defense counsel, the defendant, those named above in

paragraph 2 who receive access to the materials pursuant to this Order, prior to receiving access

to the materials, shall sign a copy of this Order acknowledging that:

      a)     they have reviewed the Order;

      b)     they understand its contents;

///

///

///

///

c)      they agree to access the documents and information for the purposes of preparing a defense in this matter;

d)      they understand that failure to abide by this Order may result in sanctions by this Court.

5.      No other person may be allowed to examine the material without further court order.  Examination of the documents shall be done in a secure environment which will prevent exposure of the materials to other individuals not listed above.

6.      The contemplated discovery materials may contain information relating to matters that occurred before a grand jury.  Rule 6(e)(3)(E)(I) of the Federal Rules of Criminal Procedure permits the Court to "authorize the disclosure…of a grand-jury matter preliminarily to or in connection with a judicial proceeding…."  Here, the aforementioned defendant, by and through his counsel, may appropriately receive the discovery materials and may require information contained therein to adequately prepare and assess his case.  The government may disclose privileged documents and information protected from discovery, but is not bound to do so.  Disclosure, subject to the restrictions delineated in this order, may be appropriate so that the United States may fulfill its discovery obligations.

7      Any pleadings that reveal the personal identifying or private financial information of third parties, shall either be filed in accordance with Fed. R. Civ. P. 5.2 and Fed. R. Crim. P. 49.1 or shall be redacted to prevent the disclosure of such information or filed under seal.  In the case such a sealed pleading is filed, the parties agree to provide each other with copies of the pleading filed under seal.

8.      If the defendant does not file an appeal, within 30 court days of the filing of the judgment and conviction or order dismissing all charges pertaining to that defendant, or, if the defendant files an appeal, within 30 court days of the issuance of the mandate from the appellate court as to the defendant, and if the United States Supreme Court has denied certiorari, or the time to file a writ of certiorari has expired, all private documents provided to the defendant pursuant to this Order, and all authorized copies, shall be returned to the Government or destroyed.  If the defendant believes that he must maintain the material for any other reason related to this legal proceeding, including further appeal or other post-conviction relief, the

1    defendant shall seek authorization from the Court within the applicable 30-day period to further

2    retain the material.

3                                                 MELINDA HAAG
                                                  United States Attorney
4

5

6    _____/s/_____        _____/s/_____
     ANDREW D. ALLEN                        THOMAS MOORE
7    Attorney of William Hirst              Assistant United States Attorney
                                            Tax Division
8

9

10       PURSUANT TO STIPULATION, IT IS SO ORDERED.

11

12   Dated: 9/4/12 _____         _____

13                                   UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ACKNOWLEDGMENT OF PROTECTIVE ORDER

The undersigned acknowledges that he or she

    i.    reviewed the attached Protective Order;

    ii.    understands its contents;

    iii.    agrees not to disclose the private personal, financial or tax information of the defendant or third party disclosed in the documents that are produced by the United States as discovery in the matter of *United States v. William Hirst*, CR 11-0157 SBA;

    iv.    understands that failure to abide by this Order may result in sanctions by the United States District Court for the Northern District of California; and

    v.    agrees to submit to the jurisdiction of the District Court for review and entry of sanctions for any violations of the Order.

| NAME | SIGNATURE | DATE |
|------|-----------|------|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

Stip & [proposed] Order Protective
Order (CR-11-0157-SBA)

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28